CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP -3 2015

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES L. JACK,<br>　　Plaintiff, | Civil Action No. 7:14-cv-00560 |
| v. | ORDER |
| CONNIE C. SMITH, et al.,<br>　　Defendants. | By: Hon. Jackson L. Kiser<br>　　Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Settle's motion to dismiss is **DENIED**; Sheriff Smith's motion for summary judgment is **GRANTED**; the claims against Deputy Stevens are **DISMISSED without prejudice** as barred by Heck v. Humphrey, 512 U.S. 477 (1994); Sheriff Smith and Deputy Stevens are **TERMINATED** from this action; and Settle shall file a motion for summary judgment supported by affidavits within thirty days of this Order's entry pursuant to Standing Order 2013-6.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 3rd day of September, 2015.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge