CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB - 9 2016

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **JAMES L. JACK,** | ) | Civil Action No. 7:14-cv-00560 |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CONNIE C. SMITH, et al.,** | ) | By: Hon. Jackson L. Kiser |
| **Defendants.** | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

## ORDERED

that the remaining claims in the complaint are **DISMISSED without prejudice** due to Plaintiff's

failure to prosecute, pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED** without

prejudice as moot; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion

to the parties.

**ENTER**: This 9th day of February, 2016.

Senior United States District Judge